# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| EMANUEL CHIRIAC,<br><br>Petitioner,<br><br>v.<br><br>WARDEN et al.,<br><br>Respondents. | Case No. 5:26-cv-01559-PA-DFM<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. Accordingly, IT IS HEREBY ORDERED:

1.     The Magistrate Judge's Report and Recommendation (Dkt. 13) is ACCEPTED and ADOPTED in its entirety.

2.     The Petition for a Writ of Habeas Corpus is DENIED and this action is DISMISSED WITHOUT PREJUDICE.

Date: June 17, 2026

_____
PERCY ANDERSON
United States District Judge